Nellie E. Gleason, appellee, v. Northwestern Mutual Life Insurance Company, appellant. Gen. No. 25,694.

Action on two life insurance policies. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 12, 1920.

Scott, Bancroft, Martin & Stephens, for appellant; John E. MacLeish and Leland K. Neeves, of counsel. William G. Wise and Worth E. Caylor, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Alice M. Tatro, appellant, v. Leonard R. Tatro, appellee. Gen. No. 25,497.

Bill for separate maintenance on grounds of cruelty and desertion. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded with directions. Opinion filed April 12, 1920.

Guy M. Walker, for appellant. Charles J. Michal, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Geraldine Franz, appellee, v. John Franz, appellant. Gen. No. 25,602.

Contempt proceedings for failure to pay alimony and solicitor's fees. Order adjudging defendant guilty. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded with directions. Opinion filed April 12, 1920. Rehearing denied April 26, 1920.

William Sherman Stahl, for appellant. Fred F. Weinman, for appellee; Jacob Kaplan, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

John A. Monson, appellee, v. Nels B. Johnson and Nellie Johnson, appellants. Gen. No. 25,688.

Bill to foreclose a trust deed. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded with directions. Opinion filed April 12, 1920. Rehearing denied April 26, 1920.

William Slack, for appellants. John J. Sonsteby, for appellee.

Mr. Justice Dever delivered the opinion of the court.